IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO BATTON, | ) | |
| Plaintiff, | ) | No. CIV S-11-3084 DAD P |
| vs. | ) | |
| | ) | ORDER SETTING |
| McENTIRE, et al., | ) | TELEPHONIC STATUS CONFERENCE |
| | ) | REGARDING SETTLEMENT |
| Defendants. | ) | March 13, 2013, 9:30 a.m. |

  Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. A settlement conference in this case took place on February 7, 2013, before U.S. Magistrate Judge Craig M. Kellison. Although the case did not settle at that time, the parties thereafter have been continuing to explore a possible settlement of this action. In order to ascertain the current status of settlement discussions, the court is ordering that a confidential telephone call be set for Wednesday, March 13, 2013 at 9:30 a.m. between plaintiff and Magistrate Judge Craig M. Kellison. By this order, the Warden, or his designee, will be required to provide a telephone number to the court at which plaintiff Mario Batton (AM-4455) can be reached at the scheduled time.

  In accordance with the above, IT IS HEREBY ORDERED that:

1

1. The Warden and correctional staff at North Kern State Prison shall facilitate a telephone call between inmate plaintiff Mario Batton (AM-4455) and Magistrate Judge Craig M. Kellison.

2. The telephone call shall take place on Wednesday, March 13, 2013 at 9:30 a.m. The Warden, or his designee, shall provide the telephone number to call to reach plaintiff Batton at the scheduled time to the court's ADR office at (916) 930-4273 or via email to jcrouch@caed.uscourts.gov not later than 3:00 p.m. on Tuesday, March 12, 2013.

3. Failure to comply with this order may result in an order requiring the Warden of North Kern State Prison, or others responsible for any failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at North Kern State Prison via facsimile at (661) 721-6205.

DATED: March 11, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD: 13
batt3084.tele.status.conf.ord