IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO BATTON,

    Plaintiff,               No. CIV S-11-3084 DAD P

    vs.

McENTIRE, et al.,

    Defendants.          <u>ORDER</u>

                                /

          On March 13, 2013, a confidential telephone call between plaintiff and Magistrate Judge Craig M. Kellison took place to ascertain the current status of settlement discussions between the parties. As a result of that communication, the court learned that the parties have in fact reached a settlement in this action, the terms of which are summarized in the Settlement Agreement attached as Exhibit A to the parties recently-filed stipulation to dismiss this case. The undersigned has received and reviewed the stipulation signed by all parties.

/////

/////

/////

/////

1

1  `          Pursuant to that stipulation, IT IS HEREBY ORDERED that:

2              1.  This action is dismissed with prejudice; and

3              2.  Pursuant to its terms, the court shall retain jurisdiction over enforcement of the

4  parties' Settlement Agreement.

5  DATED: April 3, 2013.

8  DAD:9
   batt3084.stip

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2